**James YOUNG, Plaintiff/Appellant,**

v.

**Dennis SCHOEMEHL and John McHugh, Defendants/Respondents.**

**Nos. 72885, 72895.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 5, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 8, 1998.

Application for Transfer Denied
Aug. 25, 1998.

Robert Schultz, St. Louis, for Plaintiff/Appellant.

John M. Hessel, Thomas P. Berra, Jr., Paul J. Schulte, St.Louis, for defendants/respondents.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Plaintiff filed a two-count petition against defendants alleging breach of fiduciary duties and breach of contract. Defendants' filed a summary judgment motion, which the trial court granted. Plaintiff appeals; we affirm.

No jurisprudential purpose would be served by a written opinion. However, the